```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04115
   GREGORY W MORRIS
   SUSAN L HAVENS-MORRIS                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

            Debtor
     SSN XXX-XX-5672    SSN XXX-XX-1825


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/22/08 and confirmed on 05/28/08.

     2.  The case was dismissed after confirmation, 09/18/2008.

     3.  The Debtor paid a total of $   3351.57 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC BANK | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK | MORTGAGE ARRE | 629.42 | .00 | 629.42 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 2324.31 | .00 | 27.76 |
| OVERLAND BOND | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| APEX FINANCIAL MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC FOR ENDODONTICS | UNSECURED | NOT FILED | .00 | .00 |
| BLACK GOLD SEPTIC INC | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCIAL SERVICE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CROWN RECYCLING & WASTE | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CIRCUIT COURT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FINANCIAL SR | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HOLLOWAY CREDIT SOLUTION | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |

```
ILLINOIS TITLE LOANS        UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE    UNSECURED      NOT FILED              .00           .00
JVDB ASSOC CONSUMER         UNSECURED      NOT FILED              .00           .00
KCA FINANCIAL SERVICES      UNSECURED      NOT FILED              .00           .00
JAMES M ODEA                UNSECURED      NOT FILED              .00           .00
MARK SCHUSTER               UNSECURED      NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE      UNSECURED      NOT FILED              .00           .00
MIDLAND CREDIT MGMT         UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS       UNSECURED      NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS       UNSECURED      NOT FILED              .00           .00
NICOR GAS                   UNSECURED      NOT FILED              .00           .00
NICOR GAS                   UNSECURED      NOT FILED              .00           .00
NORTHERN LEASING SYSTEMS    UNSECURED      NOT FILED              .00           .00
PARK DANSAN                 UNSECURED      NOT FILED              .00           .00
PELLETTIERI & ASSOC         UNSECURED      NOT FILED              .00           .00
PERFECTA FARM               UNSECURED      NOT FILED              .00           .00
PRINCE GEORGE INC/BEST C    UNSECURED      NOT FILED              .00           .00
PROFESSIONAL COLLECTION     UNSECURED      NOT FILED              .00           .00
RIVER COLLECTION            UNSECURED      NOT FILED              .00           .00
RIVER COLLECTION            UNSECURED      NOT FILED              .00           .00
ROBERT J SCHILLERSTROM      UNSECURED      NOT FILED              .00           .00
SECRETARY OF STATE          UNSECURED      NOT FILED              .00           .00
THE ANVIL CLUB              UNSECURED      NOT FILED              .00           .00
PAYDAY LOAN STORE           UNSECURED      NOT FILED              .00           .00
THOMAS D CHASE              UNSECURED      NOT FILED              .00           .00
UNITED COLLECTION BUREAU    UNSECURED      NOT FILED              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  2953.73           .00          .00          .00      2953.73
PRINCIPAL PAID       657.18           .00          .00          .00       657.18
INTEREST PAID           .00           .00          .00          .00          .00
TOTAL PAID           657.18           .00          .00          .00       657.18
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   3500.00
and was paid $   1000.00  direct and $   2500.00  through the plan.

The Trustee received $     194.39 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/17/08                /S/
                                  CLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                              PAGE   3
     CASE NO. 08 B 04115 GREGORY W MORRIS & SUSAN L HAVENS-MORRIS
```